THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER J. ROACHE, Appellant, v GEORGE B. ALEXANDER, as Chair of the Division of Parole, et al., Respondents.

Submitted March 23, 2009; decided April 30, 2009

Motion for reargument denied [*see* 11 NY3d 905 (2009)].

Chief Judge LIPPMAN taking no part.

In the Matter of ABDULLAH Y. SALAHUDDIN, Appellant, v DONALD SELSKY, as Director of Special Housing/Inmate Disciplinary Programs, Respondent.

Submitted March 9, 2009; decided April 30, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.